IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KEVIN BURNS,

    Plaintiff,

v.                                                                   4:20cv541-WS/HTC

KILOLO KIJAKAZI, Commissioner
of Social Security,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 48) docketed January 3, 2022. The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for child disability insurance benefits be affirmed. The plaintiff has filed objections (ECF Nos. 49 & 52) to the report and recommendation.

The undersigned having reviewed the magistrate judge's report and recommendation in light of the plaintiff's objections, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (ECF No. 48).

2. Plaintiff's motion to amend (ECF No. 47) is DENIED.

3. The Commissioner's decision to deny the plaintiff's application for child disability insurance benefits is AFFIRMED.

4. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this __14th__ day of __March__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE